## Seabolt *v.* Lewis *et al.*

Atkinson, Presiding Justice. This being the first grant of a new trial, in a suit between coterminous landowners to enjoin the cutting of timber, where the evidence was in conflict as to the location of the dividing line, the evidence did not demand a finding in favor of the defendant; and, accordingly, it cannot be held as a matter of law that the judge abused his discretion in granting a new trial, after having directed a verdict in favor of the defendant. Code, § 6-1608; *Van Giesen* v. *Queen Insurance Co.,* 132 *Ga.* 515 (64 S. E. 456); *Glenn* v. *Tankersley,* 187 *Ga.* 129 (200 S. E. 709).

*Judgment affirmed. All the Justices concur.*

No. 17386. March 12, 1951.

692

*Wheeler, Robinson & Thurmond,* for plaintiff in error.
*G. Fred Kelley* and *C. H. Edwards,* contra.